# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ, | 1:13-cv-00777-GSA-PC |
| Plaintiff, | ORDER VACATING ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 7.) |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Jose Antonio Rodriguez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 17, 2013.  (Doc. 1.)

On June 7, 2013, the court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or pay the $400.00 filing fee for this action, within forty-five days. (Doc. 7.)  A review of the record shows that Plaintiff submitted an application to proceed in forma pauperis in this action on May 17, 2013, which was granted by the court on July 24, 2013.  (Docs. 2, 8.)  Based on this record, the court's order of June 7, 2013 shall be vacated.

Accordingly, IT IS HEREBY ORDERED that the court's order issued on June 7, 2013, requiring Plaintiff to submit an application to proceed in forma pauperis, is VACATED.

IT IS SO ORDERED.

Dated:  __July 25, 2013__                    _____ **/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE